**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **SHON DARRELL COLEMAN,** | * |
| **# 246477,** | * |
| | * |
| **Petitioner,** | * |
| | * |
| **vs.** | * **CIVIL ACTION NO. 21-00318-JB-B** |
| | * |
| **JOSEPH H. HEADLEY,** | * |
| **Warden III,** | * |
| | * |
| **Respondent.** | * |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated August 13, 2021 (Doc. 3) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby **TRANSFERRED** to the Northern Division of the United States District Court for the Middle District of Alabama.

**DONE and ORDERED** this 24th day of August, 2021

/s/ JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE