IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHON DARRELL COLEMAN, #246477, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>JOSEPH H. HEADLEY, *et al.*, )<br>)<br>Respondents. ) | CIVIL ACT. NO. 2:21-cv-563-ECM |

## FINAL JUDGMENT

In accordance with the memorandum opinion entered in this case on this day, it is the ORDER, JUDGMENT and DECREE of the Court that this case is DISMISSED with prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to FED. R. CIV. P. 58.

DONE this 15th day of March, 2023.

        /s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE